■ In the Matter of the Estate of CHARLES S. FOLSOM, Deceased. MARY KENNELLY et al., Appellants-Respondents; THOMAS D. AUSTIN et al., Respondents-Appellants; WALTER R. KEEFE, as Administrator of the Estate of ANNA GRIMES, Deceased, et al., Respondents.— Appeal from a decree of the Surrogate's Court, Westchester County, which, *inter alia,* (a) denies an application for the appointment of a successor cotrustee in place of one of three cotrustees who has died and (b) awards counsel fees. Decree unanimously affirmed, with costs to all parties filing separate briefs, payable out of the estate. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ In the Matter of GEORGE E. HOLLAND, Appellant, against CITY OF LONG BEACH et al., Respondents. In the Matter of GEORGE E. HOLLAND, Appellant, against CITY OF LONG BEACH et al., Respondents.— In proceedings to direct the issuance of a certificate of occupancy, other necessary permits, and a mercantile license to operate certain premises for boxing and wrestling exhibitions, concerts, and dances, the appeals are from orders dated March 19, 1957 and August 5, 1957 denying the applications and dismissing the petitions. Orders unanimously affirmed, with one bill of $10 costs and disbursements. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.